**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

BRYAN SALMERON REYES, on behalf of himself and all other persons similarly situated,

                Plaintiff,

-against-

CONTRACT PHARMACAL CORP.,

                Defendant.

Docket No. 2:23-cv-03240 (GRB) (LGD)

---

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**
**PURSUANT TO FED. R. CIV. P. 68**

    PLEASE TAKE NOTICE that opt-in Plaintiff Julio Quintanilla, by and through his attorneys, the Romero Law Group PLLC, hereby accepts the offer by Defendant Contract Pharmacal Corp. to allow entry of judgment to be taken against them pursuant to Fed. R. Civ. P. 68 in the amount of Five Hundred Dollars and No Cents ($500.00), inclusive of attorneys' fees and costs incurred, for the full and complete satisfaction of any claims under the Fair Labor Standards Act only. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: Hauppauge, New York
         July 15, 2024

                            LAW OFFICE OF PETER A. ROMERO PLLC
                            *Attorneys for Plaintiff*
                            490 Wheeler Road, Suite 277
                            Hauppauge, New York 11788
                            Tel.: (631) 257-5588

                By:    _____
                            DAVID D. BARNHORN, ESQ.
                            PETER A. ROMERO, ESQ.

**AFFIRMATION OF SERVICE**

  I, David D. Barnhorn, Esq., hereby certify that on this date, July 15, 2024, a true and correct copy of the foregoing *Notice of Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68* was served via First Class Mail and Electronic Mail on the following:

 Ashley J. Hale, Esq.
 Morgan, Lewis & Bockius LLP
 101 Park Avenue
 New York, New York 10178-0060
 Email: ashley.hale@morganlewis.com

      By: *David Barnhorn*

        DAVID D. BARNHORN, ESQ.