UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

BRYAN SALMERON REYES, on behalf of himself and all other persons similarly situated,

            Plaintiff,

-against-

CONTRACT PHARMACAL CORP.,

           Defendant.

Docket No. 2:23-cv-03240 (GRB) (LGD)

---

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**
**PURSUANT TO FED. R. CIV. P. 68**

    PLEASE TAKE NOTICE that opt-in Plaintiff Ester Vasquez, by and through her attorneys, the Romero Law Group PLLC, hereby accepts the offer by Defendant Contract Pharmacal Corp. to allow entry of judgment to be taken against them pursuant to Fed. R. Civ. P. 68 in the amount of Five Hundred Dollars and No Cents ($500.00), inclusive of attorneys' fees and costs incurred, for the full and complete satisfaction of any claims under the Fair Labor Standards Act only. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: Hauppauge, New York
        July 15, 2024

                              LAW OFFICE OF PETER A. ROMERO PLLC
                              *Attorneys for Plaintiff*
                              490 Wheeler Road, Suite 277
                              Hauppauge, New York 11788
                              Tel.: (631) 257-5588

              By:   _/s/ David Barnhorn_____
                              DAVID D. BARNHORN, ESQ.
                              PETER A. ROMERO, ESQ.

**AFFIRMATION OF SERVICE**

      I, David D. Barnhorn, Esq., hereby certify that on this date, July 15, 2024, a true and correct copy of the foregoing *Notice of Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68* was served via First Class Mail and Electronic Mail on the following:

Ashley J. Hale, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178-0060
Email: ashley.hale@morganlewis.com

By: *David Barnhorn*

DAVID D. BARNHORN, ESQ.