**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BRYAN SALMERON REYES, on behalf of himself
and all other persons similarly situated,

                Plaintiff,

   - against -                                      **JUDGMENT**
                                                                                 CV 23-3240 (GRB) (LGD)
CONTRACT PHARMACAL CORP.,

                Defendant.
-----------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff Bryan Salmeron Reyes on July 15, 2024, accepting Defendant's July 12, 2024 offer to allow judgment against it in the amount of $500.00 in connection only with Plaintiff's Fair Labor Standards Act ("FLSA") claims alleged in this action, which includes fees and costs accrued only with respect to Plaintiff's FLSA claims up to the date of this offer of judgment, it is

      **ORDERED AND ADJUDGED** that judgment is entered in in favor of Plaintiff Bryan Salmeron Reyes against Defendant Contract Pharmacal, Corp., in the amount of $500.00, in connection only with Plaintiff's FLSA claims alleged in this action, which includes fees and costs accrued only with respect to Plaintiff's FLSA claims up to July 12, 2024.

Dated: July 16, 2024
       Central Islip, New York

                                                                    BRENNA B. MAHONEY
                                                                    CLERK OF COURT

                                                    By:    /s/ James J. Toritto
                                                               Deputy Clerk